**Order entered January 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01269-CV

### CITY OF DALLAS, Appellant

### V.

### TEXAS EZPAWN, L.P. D/B/A EZ MONEY LOAN SERVICES, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03373-A**

## ORDER

The Court has before it appellee's January 3, 2013 unopposed motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by January 11, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/  ELIZABETH LANG-MIERS
   JUSTICE